CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/25/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **CHRISTINE GIBBONS,** | ) |
| Plaintiff, | ) Case No. 6:23-cv-00035 |
| v. | ) Hon. Robert S. Ballou |
| | ) United States District Judge |
| **BETTY ANN GIBBS et al.,** | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss, Dkt. 19, is **GRANTED in part** and **DENIED in part**. I **DISMISS** the complaint against the Lynchburg Electoral Board. I **DENY** Defendants' motion as to Betty Ann Gibbs and Steven Troxel.

It is **SO ORDERED**.

Entered: August 25, 2023

*Robert S. Ballou*
Robert S. Ballou
United States District Judge