IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

CHRISTINE GIBBONS,

  Plaintiff,

v.                                                                                    Case No. 6:23cv00035

BETTY ANN GIBBS, IN HER OFFICIAL
CAPACITY AS SECRETARY OF THE
LYNCHBURG ELECTORAL BOARD, AND
IN HER PERSONAL CAPACITY; STEVEN
TROXEL, IN HIS OFFICIAL CAPACITY AS
VICE CHAIR OF THE LYNCHBURG
ELECTORAL BOARD, AND IN HIS
PERSONAL CAPACITY; AND THE
ELECTORAL BOARD OF THE CITY OF
LYNCHBURG,

  Defendants.

## MOTION TO STAY

Defendants Betty Ann Gibbs, in her personal capacity, and Steven Troxel, in his personal capacity (collectively, "Defendants"), hereby request that this Court rule on the Motion for Judgment on the Pleadings and then stay all proceedings pending the conclusion of the Defendants' interlocutory appeal.

WHEREFORE, for the foregoing reasons and the reasons set forth in Defendant's Brief in Support, which is incorporated as though fully set forth herein, Defendants ask that this Motion be granted.

BETTY ANN GIBBS, IN HER
PERSONAL CAPACITY; STEVEN
TROXEL, IN HIS PERSONAL
CAPACITY

By Counsel

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Counsel for Defendants
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 28th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Stephen B. Pershing (VSB No. 31012)
> Kalijarvi, Chuzi, Newman & Fitch, P.C.
> 818 Connecticutt Avenue, N.W.
> Suite 1000
> Washington, DC 20006
> 202-331-9260 - Phone
> spershing@kcnlaw.com

        <u>/s/ David P. Corrigan</u>
        David P. Corrigan (VSB No. 26341)
        M. Scott Fisher, Jr. (VSB No. 78485)
        Counsel for Defendants
        Harman, Claytor, Corrigan & Wellman
        P.O. Box 70280
        Richmond, Virginia  23255
        804-747-5200 - Phone
        804-747-6085 - Fax
        dcorrigan@hccw.com
        sfisher@hccw.com