Case 6:23-cv-00035-RSB   Document 62   Filed 08/29/23   Page 1 of 1   Pageid#: 517

FILED: August 29, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1902
(6:23-cv-00035-RSB)

_____

CHRISTINE GIBBONS

        Plaintiff - Appellee

v.

BETTY ANN GIBBS, in her official capacity as Secretary of the Lynchburg Electoral Board, and in her personal capacity; STEVEN TROXEL, in his official capacity as Vice Chair of the Lynchburg Electoral Board, and in his personal capacity

        Defendants - Appellants

and

THE ELECTORAL BOARD OF THE CITY OF LYNCHBURG

        Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Lynchburg |
| Originating Case Number | 6:23-cv-00035-RSB |
| Date notice of appeal filed in originating court: | 08/25/2023 |
| Appellants | Betty Gibbs and Steven Troxel |
| Appellate Case Number | 23-1902 |
| Case Manager | Taylor Barton<br>804-916-2702 |