CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/16/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **CHRISTINE GIBBONS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:23-cv-00035 |
| | ) | |
| v. | ) | Hon. Robert S. Ballou |
| | ) | United States District Judge |
| **BETTY ANN GIBBS et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Defendants' motion for judgment on the pleadings is **DENIED**.

It is **SO ORDERED**.

Entered: November 16, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge