IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| CHRISTINE GIBBONS | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 6:23cv35 |
| | ) | |
| v. | ) | |
| | ) | |
| BETTY ANN GIBBS, | ) | |
| STEVEN TROXEL | ) | |
| | ) | |
| Defendants. | ) | |

*Filed
RSB
8/14/2024
9:20 p.m.*

## VERDICT FORM

**PART I.A – Betty Ann Gibbs**

**Question 1:** Do you find, by a preponderance of the evidence, that partisan political considerations were a substantial or motivating factor in Ms. Gibbs's vote not to reappoint Ms. Gibbons as General Registrar?

___ Yes   **X** No

*If you answered "Yes" to Question 1, please proceed to the next question. If you answered "No" to Question 1, your deliberations as to Ms. Gibbs are complete. Please proceed to Part 1.B. – Steven Troxel.*

**Question 2:** Do you find by a preponderance of the evidence that Ms. Gibbs would have voted not to reappoint Ms. Gibbons as General Registrar, even in the absence of partisan political considerations?

___ Yes   ___ No

*If you answered "Yes" to Question 2, your deliberations as to Ms. Gibbs are complete. You must next proceed to Part 1.B.- Steven Troxel.*

**PART I.B – Steven Troxel**

**Question 3:** Do you find, by a preponderance of the evidence, that partisan political considerations were a substantial or motivating factor in Mr. Troxel's vote not to reappoint Ms. Gibbons as General Registrar?

___ Yes   **X** No

*If you answered "Yes" to Question 3, please proceed to the next question. If you answered "No" to Question 3, your deliberations as to Mr. Troxel are complete. See instructions at the bottom of the page.*

**Question 4:** Do you find by a preponderance of the evidence that Mr. Troxel would have voted not to reappoint Ms. Gibbons as General Registrar, even in the absence of partisan political considerations?

___ Yes   ___ No

*If you answered "Yes" to Question 4, your deliberations as to Mr. Troxel are complete. You must next proceed to the instructions at the bottom of the page.*

*Only if you selected "No" on Questions 2 and/or 4, should you proceed to Part II - Damages. If you do not proceed to damages, your deliberations are complete. Please sign and date the form and return to the courtroom.*

**PART II**

*Please complete <u>one</u> of the following options <u>not both</u>.*

**Option 1:** We find that Plaintiff Christine Gibbons has established, by a preponderance of the evidence, that she is entitled to the following sum as compensatory damages:

$ _____ (enter an amount)

OR

**Option 2:** We find that Plaintiff Christine Gibbons has not established that she is entitled to a particular sum of compensatory damages, but we award nominal damages in the sum of one dollar. _____ (initial here)

*Please proceed to Part III.*

# PART III

**Question 1:** Do you find that Ms. Gibbons is also entitled to punitive damages because either Ms. Gibbs, or Mr. Troxel, or both, acted with reckless or callous indifference for Ms. Gibbons's rights?

___ Yes   ___ No

*If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, your deliberations are complete. Please sign and date the form and return to the courtroom.*

**Question 2:** If you answered "Yes" to Question 1, Part III, please state the amount:

   Amount of punitive damages against Ms. Gibbs: $_____

   Amount of punitive damages against Mr. Troxel: $_____

*Please sign and date the form and return to the courtroom.*

_____ Signature of Foreperson

___8/16/24_____ Date