CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/20/2024
LAURA A. AUSTIN, CLERK
BY: s/ C. Amos
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **CHRISTINE GIBBONS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:23-cv-00035 |
| | ) | |
| v. | ) | Hon. Robert S. Ballou |
| | ) | United States District Judge |
| **BETTY ANN GIBBS et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This action came before the Court for a trial by jury on August 13–16, 2024. Plaintiff adduced evidence and rested. Defendants then moved for judgment as a matter of law. The Court denied Defendants' motion. Thereafter, Defendants adduced evidence and rested, and Plaintiff offered rebuttal evidence. Defendants renewed their motion for judgment as a matter of law. The Court denied Defendants' motion. All motions having been addressed on the record, the Court instructed the jury on the applicable law, the parties made their closing argument and the jury retired for deliberations. The jury returned its verdict on Friday, August 16, 2024, finding that as to both Defendants Plaintiff failed to prove by a preponderance of evidence that partisan political considerations were a substantial or motivating factor in Defendants' votes against reappointing Plaintiff to her position as General Registrar. Having considered the verdict of the jury, it is **ADJUDGED** and **ORDERED** as follows:

1. The jury verdict is approved.

2. Judgment is entered in favor of the Defendants.

3. The Clerk is directed to **DISMISS** this action from the active docket.

Entered: August 20, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge